IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Coach, Inc., a Maryland corporation, | ) | Civil Action No. 4:14-cv-03233-RBH |
| Coach Services, Inc., | ) | |
| a Maryland corporation, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Liron, Inc., dba Sun Rayz, | ) | **O R D E R** |
| a South Carolina corporation, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This action was filed on August 12, 2014, and an amended complaint was filed on November 6, 2014. Summonses were issued as to certain new parties, including Defendants Nothing Over $7.95 and Nothing over $7.99 on November 7, 2014. However, the docket reflects no further activity as to these defendants.

The Federal Rules of Civil Procedure require a plaintiff to file proof of service of a defendant pursuant to Rule 4(l); however, as of the date of this Order the plaintiff has not filed such. It must be noted that pursuant to Fed.R.Civ.P. 4(m), service of the summons and complaint must be effected within 120 days after the filing of the complaint. If the plaintiff fails to comply within such time limitation, the court may on its own initiative dismiss the action as to those defendants after notice to the plaintiff. See Fed.R.Civ.P. 4(m).

Therefore, this court hereby provides notice to the plaintiff that it will dismiss Defendants Nothing Over $7.95 and Nothing over $7.99 without prejudice ten days from the date of this Order if proof of service has not been filed within that time.

**IT IS SO ORDERED**.

s/ R. Bryan Harwell<br>R. Bryan Harwell<br>United States District Court Judge

April 10, 2015
Florence, South Carolina