# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| COACH, INC., A MARYLAND CORPORATION; COACH SERVICES, INC., A MARYLAND CORPORATION, | CASE NO. 4:14-CV-03233-RBH |
| Plaintiff, | |
| vs. | **CONSENT ORDER VACATING DEFAULT** |
| LIRON, INC. d/b/a SUN RAYZ, a South Carolina Corporation, AVI TAL, an individual, PACIFIC BEACHWEAR, INC., a South Carolina Corporation; ISAAC SHAMAH, an individual; EAGLES BEACHWEAR and SUNWEAR OF MYRTLE BEACH, INC., a South Carolina Corporation; and DOES 1-10; inclusive, | |
| Defendants. | |

THIS MATTER IS BEFORE THE COURT based on an agreement of the parties that the Entry of Default as to Defendants Pacific Beachwear, Inc. and Isaac Shamah should be vacated. It is further agreed by the parties that within twenty-one (21) days of the vacating of the Entry of Default the Defendants Isaac Shamah and Pacific Beachwear, Inc. shall file their Answers with this Court.

AND IT IS SO ORDERED.

s/ R. Bryan Harwell
R. Bryan Harwell
United States District Judge

July 29, 2015
Florence, South Carolina.

WE CONSENT:

*s/M. Heath Gilbert*
M. Heath Gilbert, Jr., Esquire
Baucom, Claytor, Benton, Morgan & Wood, P.A.
P.O. Box 35246
Charlotte, NC 28235
P 704-376-6527
F 704-376-6207
hgilbert@baucomclaytor.com
Attorney for Plaintiffs Coach Inc. and Coach Services, Inc.


*s/Gene M. Connell, Jr.*
Gene M. Connell, Jr. (Fed. I.D. No. 236)
The Courtyard, Suite 209
1500 U. S. Highway 17 North
Post Office Drawer 14547
Surfside Beach, South Carolina  29587-4547
(843) 238-5648 (phone)
(843) 238-5050 (facsimile)
gconnell@classactlaw.net
Attorney for Defendants Isaac Shamah and
Pacific Beachwear, Inc.


July 29, 2015
Surfside Beach, South Carolina.